## Alexander Smullan, Appellant, v. Kensington Steel Company, Appellee.

Gen. No. 41,551.

opinion filed April 28, 1941; rehearing denied May 12, 1941. Leslie H. Whipp, for appellant; Knapp, Allen & Cushing, for appellee; Harlan L. Hackbert and R. Newton Rooks, of counsel. Opinion by Presiding Justice O'Connor. "**Not to be published in full.**"